UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELMA TERENZIO, as Personal Representative of the Estate of Joseph A. Terenzio; THOMAS SULLIVAN, as Personal Representative of the Estate of John J. Sullivan; and EDWARD POULIN, as Personal Representative of the Estate of Maurice C. Poulin, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>       v.<br><br>FRANCISCO URENA, MARYLOU SUDDERS, CHERYL LUSSIER POPPE, JOHN DOE 1, JANE DOE 1, JOHN DOE 2, and JANE DOE 2,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:23-cv-10462-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

February 13, 2024

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 37] granting Defendants' Motion to Dismiss [Doc. No. 20], Plaintiffs' Amended Complaint [Doc. No. 6] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

                                                          /s/ Indira Talwani
                                                          United States District Judge