# United States Court of Appeals
## For the First Circuit

No. 24-1244

DELMA TERENZIO, as Personal Representative of the Estate of Joseph A. Terenzio; THOMAS SULLIVAN, as Personal Representative of the Estate of John J. Sullivan; EDWARD POULIN, as Personal Representative of the Estate of Maurice C. Poulin,

Plaintiffs, Appellants,

v.

FRANCISCO URENA; MARYLOU SUDDERS; CHERYL LUSSIER POPPE; JOHN DOE 1; JANE DOE 1; JOHN DOE 2; JANE DOE 2,

Defendants, Appellees.

**JUDGMENT**

Entered: December 18, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's judgment is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Anthony Joseph Antonellis, John A. Donovan III, Christopher Michael Reilly, Richard M. Goldstein, Robert L. Peabody, Christina S. Marshall, Lon F. Povich, Austin Paganelli Anderson, Kristen Gagalis